### KINGMAN agᵗ BRIDGEHAM

Thomas Kingman plaint. agᵗ Joseph Bridgham Defᵗ in an action of the case for witholding Eight pounds ten Shillings due for ten

cords or thereabout of barke with other due damages according to attachm$^t$ dat. 6th July. 1676. . . . The Jury . . . founde for the plaintife Eight pounds Eleven Shillings damage & costs of Court.